CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
OCT 10 2018
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 5:18cr00020 |
| v. ) | |
| ) | |
| JAIME RENEE SIFUENTES LARA, ) | |
| ) | By: Michael F. Urbanski |
| Defendant. ) | Chief United States District Judge |
| ) | |

## ORDER

This matter was referred to the Honorable Joel C. Hoppe, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(3), for the purpose of conducting a plea hearing and a plea colloquy under Rule 11 of the Federal Rules of Criminal Procedure and preparing proposed findings of fact and a recommendation as to the acceptance of such plea as tendered. The Magistrate Judge filed a report and recommendation on September 18, 2018, recommending that defendant's plea of guilty to Count One of the Indictment be accepted. The Magistrate Judge filed an amended report and recommendation on September 19, 2018, changing the date of the plea hearing and again recommending that defendant's plea of guilty to Count One of the Indictment be accepted. No objections to the amended report and recommendation have been filed, and the court is of the opinion that the amended report and recommendation should be adopted in its entirety.

Accordingly, it is **ORDERED** that the amended report and the findings and recommendation contained therein are **ADOPTED** (ECF No. 42), the original report and the findings and recommendation contained therein are **REJECTED as moot** (ECF No.

39), defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**, and the defendant is adjudged **GUILTY** of the offense charged in Count One of the Indictment.

It is **SO ORDERED**.

The Clerk is directed to send a certified copy of this Order to all counsel of record.

Entered: 10/10/2018

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge